# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROBERT REARICK, :

    Plaintiff, :

vs. : Case No. 3:08cv00093

: District Judge Walter Herbert Rice
MICHAEL J. ASTRUE, : Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

This case is before the Court upon Plaintiff's Motion For Allowance Of Attorney Fees. (Doc. #16). Plaintiff's counsel indicates that the Commissioner, through counsel of record, does not object to Plaintiff's Motion. (Doc. #16 at 1).

Plaintiff seeks an award of attorney fees under 42U.S.C. §406(b)(1) in the total amount of $12,690.00. In the absence of opposition by the Commissioner, Plaintiff's Motion and supporting Exhibits establish that an award of attorney fees is warranted under 42 U.S.C. §406(b)(1) in the amount Plaintiff seeks.

Accordingly, the Court hereby **ORDERS** that:

1. Plaintiff's Motion For Allowance Of Attorney Fees (Doc. #16) is GRANTED; and

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. §406(b)(1) in the amount of $12,690.00.

                                                        Walter Herbert Rice
                                                        United States District Judge